THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL MARK, Appellant.

Submitted January 29, 2007; decided February 13, 2007

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

Judge JONES taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC MEANS, Appellant.

Submitted January 5, 2007; decided February 13, 2007

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH TORRES, Appellant.

Submitted February 5, 2007; decided February 13, 2007

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Judge JONES taking no part.